PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Robert Lee Cook**

**Docket No. 0:02CR00135-001(RHK)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Robert Lee Cook** who was sentenced for Voluntary Manslaughter on an Indian Reservation on February 6, 2003, by the Honorable Richard H. Kyle, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

> Drug and alcohol aftercare; abstain from the use of alcohol and do not frequent establishments; mental health aftercare; take any prescribed medications; provide DNA; financial disclosure; no new credit; no contact with the victim's family; restitution in the amount of $7,000.40; and refrain from driving an automobile

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> SPECIAL CONDITION: The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

On April 1, 2007, Red Lake police officers were called to a residence regarding a disturbance. The officers noted alcohol containers on the kitchen counter. The defendant and a female were standing outside of the residence. They both had alcohol on their breath and spoke with slurred speech. When the officers questioned the defendant, he swore at the officers and entered the residence slamming the door behind him. The officers arrested the defendant for disorderly conduct and obstructing legal process when he failed to comply with the officer's directives to come outside of the residence. No formal charges were issued against the defendant.

On April 29, 2007, the defendant was a passenger in a vehicle that was stopped by Red Lake Tribal Police. The officers administered a breathalyser to the defendant with a result of .020. The defendant admitted drinking four beers. Later that same day, officers were called to the residence of the defendant's sister regarding a disturbance. The defendant was a passenger in a vehicle that was spinning around in the driveway which hit his sister's vehicle. The defendant's father started yelling at the defendant and told the officers he was taking his son home to sober him up. The defendant later admitted he had been consuming alcohol that day. No formal charges were issued against the defendant.

SCANNED
MAY 11 2007
U.S. DISTRICT COURT ST. PAUL

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate in a remote alcohol monitoring program for a period of 60 days. The defendant will not be responsible for the costs. The defendant shall remain at home from the hours of 9:00 p.m. until 6:00 a.m. the following day for the purposes of alcohol testing.

ORDER OF THE COURT

Considered and ordered this 14 day of May, 2007, and ordered filed and made a part of the records in the above case.

Honorable Richard H. Kyle
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

for Julie M. Belt

Joan L. White
U.S. Probation Officer
Telephone: 218-333-0554

Executed on May 10, 2007
Place Bemidji

Approved:

Julie M. Belt

Julie M. Belt
Supervising U.S. Probation Officer

c: United States Sentencing Commission