UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 02-135 (RHK)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT LEE COOK,<br><br>Defendant. | ) | REASSIGNMENT OF CRIMINAL CASE |

The following criminal case has been reassigned as follows:

<u>Criminal No.</u>

02-135 (RHK)

<u>Defendant Name</u>

Robert Lee Cook

<u>Remove AUSA</u>

Jeffrey S. Paulsen

<u>Add AUSA</u>

Tracy T. Braun

Dated: June 5, 2007

RACHEL K. PAULOSE
United States Attorney

s/ Tracy T. Braun

BY: Tracy T. Braun
Assistant U.S. Attorney
Attorney ID No. 24143X