UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 02-135(RHK)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT LEE COOK,<br><br>Defendant. | ) | REASSIGNMENT OF CRIMINAL CASE |

The following criminal case has been reassigned as follows:

Criminal No.

02-135(RHK)

Defendant Name

Robert Lee Cook

Remove AUSA

Tracy T. Braun

Add AUSA

Tricia A. Tingle

Dated: October 25, 2007

RACHEL K. PAULOSE
United States Attorney

s/Tracy Braun

BY: Tracy T. Braun
Assistant U.S. Attorney
Attorney ID No. 24143X