**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Raymond L. Erickson |
| Plaintiff, | ) | Chief U.S. Magistrate Judge |
| | ) | |
| vs. | ) | Case No: Crim. 02-135(1)(RHK/RLE) |
| | ) | Date: December 10, 2007 |
| Robert Lee Cook, | ) | Court Reporter: |
| | ) | Tape Number: 07-74 |
| Defendant. | ) | Time Commenced: 1:20 p.m. |
| | | Time Concluded: 1:25 p.m. |
| | | Time in Court: 0 Hours & 05 Minutes |

APPEARANCES: Plaintiff: , Assistant U.S. Attorney
Defendant: ☐ FPD ☐ CJA ☐ Retained ☒ To be appointed

Date Charges Filed: May 18, 2007 Offense: Violation of Supervised Release

☐ Charges read into record ☒ Waived Reading of Charges ☒ Advised of Rights

on ☒ Petition ☐ Information ☐ Complaint
Violation of ☐ Pre-trial Release ☒ Supervised Release

☒ Government moves for detention.
Motion is ☒ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

Next appearance date is Thursday, December 13, 2007, at 11:00 a.m., in Court Room 3, Gerald W. Heaney Building and United States Courthouse and Customhouse, 515 W. First St., Duluth, Minnesota
before U.S. Magistrate Judge Raymond L. Erickson for:

☒ detention hrg ☒ preliminary hrg ☐ arraignment ☐ removal hrg ☐ preliminary revocation

☒ Court finds defendant eligible for court-appointed counsel.
☒ Defendant is being held in the Douglas County Jail, Superior, Wisconsin.

Additional Information:

s/Victoria L. Miller
Signature of Judicial Assistant