UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

United States of America,

Plaintiff,

vs.

Robert Lee Cook,

Defendant.

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO THE BAIL REFORM ACT

Crim. No. 02-135(01)(RHK/RLE)

* * * * * * * * * * * * * * * * * *

Upon the Motion of the United States Government, it is --

ORDERED:

1. That, pursuant to the provisions of Title 18 U.S.C. §3142(f), and Rule 5.1, Federal Rules of Criminal Procedure, a Detention Hearing and Preliminary Examination are set for **Thursday, December 13, 2007, at 11:00 a.m.**, before Chief United States Magistrate Judge Raymond L. Erickson, in Court Room No. 3, Gerald W. Heaney Federal Building and United States Courthouse and Customhouse, 515 West First St., Duluth, Minnesota.

2. That, pursuant to Rule 5.1, the Preliminary Hearing will determine if probable cause exists to believe that the Defendant is in violation of Supervised Release, and that, at the Preliminary Hearing, the Defendant has the right to be represented by counsel, has the right to appear and present evidence in his own behalf and, upon request, the opportunity to question witnesses against him unless, for good cause shown, the Court determines that justice does not require the appearance of the witness.

3. That the Court has determined that the Defendant is financially unable to employ counsel, at this time, and the Court provisionally directs the Federal Public Defender's Office to appoint a member of the Federal Public Defenders Panel to represent the Defendant.

4. That, in accordance with the provisions of Section 3142(f), the Defendant is entitled to legal representation at the Detention Hearing, and shall be afforded an opportunity to testify, to present witnesses, to cross-examine witnesses who appear at the Hearing, and to present information by proffer or otherwise.

5. That, pending this Hearing, the Defendant shall be held in the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On Order of a Court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a Court proceeding.

BY THE COURT:

Dated: December 10, 2007

s/ Raymond L. Erickson

Raymond L. Erickson
CHIEF U.S. MAGISTRATE JUDGE