# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

ROBERT LEE COOK,
Defendant.

**NOTICE OF APPEARANCE**

Case No: 02-135 RHK/RLE

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that KATHERIAN D. ROE shall appear as appointed counsel of record for the above named defendant in this case.

Dated: December 12, 2007

*s/ Katherian D. Roe*
KATHERIAN D. ROE
Attorney ID No. 214668
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415