**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

# ORDER

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**Robert Lee Cook**<br>Defendant. | Docket No. 0:02CR00135-001(RHK/RLE) |

On this 13th day of December 2007, Robert Lee Cook appeared before the Honorable Raymond L. Erickson for a preliminary/detention hearing.

IT IS HEREBY ORDERED That Robert Lee Cook be released from custody under the following conditions: The defendant shall participate in a remote alcohol monitoring program until his final revocation hearing. The defendant will not be responsible for the costs. The defendant shall remain at home from the hours of 6:00 p.m. until 6:00 a.m. the following day for the purposes of alcohol testing. He shall reside at his mother's residence in Red Lake, Minnesota. He shall comply with the mandatory, standard, and special conditions previously ordered by the Court.

Signed and executed this 13th day of December, 2007.

Raymond L. Erickson
Honorable Raymond L. Erickson
U.S. Magistrate Judge