**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Robert Lee Cook, Defendant. | ) | **COURT MINUTES - CRIMINAL** BEFORE: Raymond L. Erickson, Chief U.S. Magistrate Judge |

Case No: Crim. No. 02-135(RHK/RLE)
Date: December 13, 2007
Court Reporter:
Tape Number: 07-74 & 07-75
Time Commenced: 11:00 a.m.
Time Concluded: 11:10 a.m.
Time in Court: 0 Hours & 10 Minutes

**True Name if different from charging instrument:**
☐ **Parties ordered to file stipulation or proposed order for name change**
☐ **Clerk of Court is directed to change the name to:**

☐ **PRELIMINARY HRG ONLY** ☐ **DETENTION HRG ONLY**
☒ **PRELIMINARY/DETENTION HRG** ☐ **REMOVAL HRG**
Time in Court Prelim/Det:

APPEARANCES: Plaintiff: Erika Mozangue, Assistant U.S. Attorney
Defendant: Reggie Aligada ☒ FPD ☐ CJA ☐ Retained ☐ Appointed

On ☒ Petition ☐ Information ☐ Complaint Violation of ☐ **Pre-trial Release** ☒ **Supervised Release**

☒ Defendant waived the Preliminary Hearing; Court accepts the recommendation of Probation for release w/terms and conditions of release.

Additional Information:

s/Victoria L. Miller
Signature of Judicial Assistant