A0 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
DEC 13 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT

## District of Minnesota

2007 MAY 21 A 10: 15

UNITED STATES OF AMERICA

RECEIVED U.S. MARSHAL ST. PAUL MINN

## WARRANT FOR ARREST

V.

0741-0518-0857-0

CASE NUMBER: **CR 02-135(1) RHK/RLE**

Robert Lee Cook

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Robert Lee Cook

and bring him or her forthwith to the nearest Magistrate Judge to answer an charging him or her with:

Violation of Supervised Release

Ordered by: Richard H. Kyle, United States District Court Judge.

(By) Mary Kay Furchner, Deputy Clerk — May 18, 2007 at St. Paul, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

_______________________________ _______________________________

Name and Title of Arresting Officer — Signature of Arresting Officer

ARRESTED ON 12-7-07
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY M. [signature]

SCANNED
DEC 17 2007