PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Robert Lee Cook**

**Docket No. 0:02CR00135-001(RHK)**

**Amended Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Robert Lee Cook** who was sentenced for Voluntary Manslaughter on an Indian Reservation on February 6, 2003, by the Honorable Richard H. Kyle, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Drug and alcohol aftercare; abstain from alcohol and not frequent establishments; mental health aftercare; take any prescribed medications; cooperate in the collection of DNA; financial disclosure; no new credit; no contact with the family of the deceased victim; $7,000.40 restitution; and refrain from driving an automobile during supervision

60 days remote alcohol monitoring program (modified on May 11, 2007, for alcohol use)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

SPECIAL CONDITION: The defendant shall refrain from driving an automobile during supervised release.

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On May 17, 2007, Red Lake police officers responded to a call regarding a skidder on fire which is a piece of heavy equipment used in a logging operation to clear land of timber. Shortly before the fire, the defendant and the son of the skidder's owner had been talking. The owner's son left, and when he returned a short time later, the skidder was on fire. While the police officers were conducting their investigation, the defendant, who was driving a truck, and two passengers returned to the area. The officers noted a strong odor of alcohol coming from the cab of the truck. Two cases of beer, one partially opened, were observed in the back of the vehicle. A police officer asked the defendant to step out of the vehicle. The defendant did not respond. When the police officer reached into the defendant's vehicle to prevent the defendant from leaving, the defendant put the vehicle in gear and backed into a truck with two small children in it. With the police officer still partially in the defendant's vehicle, the defendant drove off. The officer was pulled

SCANNED
DEC 2 6 2007
U.S. DISTRICT COURT ST. PAUL

from the defendant's vehicle by other officers. The defendant was pursued on a high-speed chase, reaching speeds up to100 miles per hour, before finally stopping at his mother's residence where he was arrested. The defendant refused to submit to a breathalyser but agreed to have blood drawn. The results are pending. **On November 8, 2007, the defendant appeared in Red Lake Tribal Court and pled guilty to Driving While Under the Influence, Fleeing a Police Officer, and Reckless Driving. Two counts of Assault, Third Degree, were dismissed. The defendant was sentenced to 365 days jail, suspended for 2 years; 180 days in jail with credit for time served; pay a $1,000 fine; 2 years probation; obtain an alcohol assessment; random drug testing; and obtain a valid driver's license.**

The instant offense of Voluntary Manslaughter involved the defendant driving a vehicle at excessive speeds after consuming alcohol. The vehicle left the road and rolled over which resulted in the death of one passenger and minor injuries sustained by the other passenger.

PRAYING THAT THE COURT WILL ORDER That the Petition dated May 18, 2007, be amended by the addition of the information noted herein.

ORDER OF THE COURT

Considered and ordered this 26 day of Decem , 2007, and ordered filed and made a part of the records in the above case.

Honorable Richard H. Kyle
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Joan L. White
U.S. Probation Officer
Telephone: 218-333-0554

Executed on December 20, 2007
Place Bemidji

Approved:

Julie M. Belt
Supervising U.S. Probation Officer