UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-135 (RHK/RLE)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT LEE COOK,<br><br>Defendant. | MOTION TO MODIFY CONDITIONS OF RELEASE |

The Defendant respectfully requests that this Court modify his conditions of release to decrease the number of hours that he must be at home so as to allow him to work from dawn to dusk. The defendant works as a logger and his employment requires that he travel one and one-half hours each way to his work site. Expanding his employment hours would allow him to travel to the work site prior to first light and to travel home after sunset. This would allow him to work a full day in the woods instead of a short day. It is requested that the Court's Order be modified to require that the Defendant remain at home during the hours from 7:30 p.m. until 5:00 a.m. All other conditions would remain the same.

Dated: February 22, 2008

Respectfully submitted,

*s/Katherian D. Roe*

_______________________________

Katherian D. Roe
Attorney No. 214668
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415