**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

vs. Cr. 02-135 RHK

Robert Lee Cook,

Defendant.

**NOTICE OF REVOCATION/SENTENCING AND**
**MOTION TO MODIFY CONDITIONS OF RELEASE**

A Revocation/Sentencing and Motion to Modify Conditions of Release is scheduled for February 28, 2008, at 9:30 AM, before Judge Richard H. Kyle, in Courtroom # 1, Duluth, Minnesota.

February 26, 2008

RICHARD H. KYLE
U.S. District Court Judge

s/Deborah Siebrecht
Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel