**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Robert Lee Cook, Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE: Richard Kyle<br>U.S. Judge<br><br>Case No: Cr. 02-135 RHK<br>Date: February 28, 2008<br>Court Reporter: Carla Bebault<br>Tape Number:<br>Time Commenced: 9:30<br>Time Concluded: 10:00<br>Time in Court: Hours & 30 Minutes |

## APPEARANCES:

Plaintiff: Chris Wilton, Assistant U.S. Attorney
Defendant: Katherine Roe ☐ FPD ☐ CJA ☐ Retained ☐ To be appointed

Interpreter / Language: /

## PROCEEDINGS:

☒ **Revocation of Supervised Release - Final Hearing.**

Defendant admits violation - court finds that defendant has violated his supervised release.

Court modifies defendant's conditions of supervised release

s/Deborah Siebrecht
Calendar Clerk