UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

Cr. 02-135 RHK
ORDER

Robert Lee Cook,

Defendant.

---------------------------------------------------------------------------

Defendant's Supervised Release is modified to include:

1. Defendant shall participate in twelve (12) week out-patient chemical dependency at Red Lake Chemical Health. If the defendant successfully completes the chemical dependency he will be discharged from supervised release.

2. All other terms and conditions remain in effect including the Sobrietor.

Dated: February 29, 2008

s/ Richard H. Kyle
Judge Richard H. Kyle
U.S. District Court