**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

Plaintiff,

v.

Robert Lee Cook,

Defendant.

Criminal No. 02-135 (1) (RHK/RLE)

**ORDER TERMINATING SUPERVISED RELEASE**

---

Pursuant to this Court's Order of February 29, 2008, the Defendant has successfully completed a 12 week out-patient chemical dependency program at Red Lake Chemical Health as confirmed by U.S. Probation. He has now completed his final condition of supervised release and his term of supervised release is terminated pursuant to 18 U.S.C. §3583.

Dated: June 12, 2008

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge